UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-05983-VBF (DSR)                     Date: December 8, 2025

Title      Nancy Sussman v. Summer Stephan, et al.

Present: The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 6, 2025, the Court (by Hon. Jacqueline Chooljian)[1] issued an Order directing Plaintiff to submit/resubmit completed summons forms (AO 440) for the Defendants named in the operative first amended complaint within 14 days of that Order (i.e., by November 20, 2025).  Upon receipt of those summons forms from Plaintiff, the Clerk was then directed to process and issue such summonses forthwith.  Finally, the Court extended Plaintiff's deadline to effect service of the summons and first amended complaint on each Defendant to January 5, 2026.  See Doc. No. 48.  The Court's 14-day deadline for Plaintiff to submit or resubmit the completed summons forms (AO 440) passed more than two weeks ago now, yet the Court has not received from Plaintiff the completed summons forms for issuance.

Plaintiff is therefore ordered to show cause, in writing, no later than December 18, 2025 why this case should not be dismissed for failure to prosecute and failure to comply with the Court's order.  Plaintiff may comply with this Order to Show Cause by either (1) submitting the properly completed summons forms for issuance or (2) filing a sworn declaration explaining why Plaintiff is, and has been, unable to do so.  **Failure to do so may result in dismissal of this case.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |

---

[1]        The referral in this case was subsequently transferred to the above-referenced Magistrate Judge on November 10, 2025.  See Doc. No. 49.